[No. 31019-8-II.   Division Two.   January 4, 2005.]

DANIEL J. RUSHING, *Appellant*, v. ALCOA, INC., ET AL., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-03643-4, Edwin L. Poyfair, J., entered October 27, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Van Deren, JJ. Now published at 125 Wn. App. 837.

[No. 22201-2-III.   Division Three.   January 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROARK KUMAN COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00093-6, Craig J. Matheson, J., entered May 21, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 22553-4-III.   Division Three.   January 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS STEELE BALDWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-8-00371-7, John M. Antosz, J., entered November 10, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 22556-9-III.   Division Three.   January 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ROBERT SIMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-8-00350-4, John M. Antosz, J., entered October 27, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Schultheis, J.